Barry Becker
BARRY BECKER, P.C.
2516 North Third Street
Phoenix, Arizona 85004
(602) 252-1822
Attorney No. 4169
Attorney for Plaintiff
barrybeckerlaw@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LAW OFFICES OF PEDRO A. SIMPSON, P.L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> DRULA FAYE FIELDS; UNITED STATES OF AMERICA, <br><br> Defendants. | No. CV. <br><br> **COMPLAINT FOR INTERPLEADER** |

Pursuant to Rule 22, Federal Rules of Civil Procedure, Plaintiff, through undersigned counsel, files its Complaint for Interpleader against Defendants and alleges as follows:

**PARTIES**

1. Plaintiff is a professional limited liability company located in Maricopa County, Arizona.

2. Based upon information and belief, Drula Faye Fields (Fields) is an individual residing in Maricopa County, Arizona.

3. The United States of America is a party to this action, asserting its interests concerning a criminal restitution lien identified in an Amended Judgment In A Criminal Case dated July 15, 2015, a copy of which is attached as Exhibit "A", on the funds held in trust. The United States of America is also a party to this action as it may be entitled to reimbursement for medicare payments to

health care providers made on behalf of Fields,

## JURISDICTION AND VENUE

4. This Court has jurisdiction over each of the Defendants in this Complaint for Interpleader for the following reasons:

   a. Defendant Fields resides in the State of Arizona;

   b. Defendant United States of America purposefully directed its activities into this forum;

   c. The funds held by Plaintiff are located in Maricopa County.

5. This Court has subject matter jurisdiction over this interpleader action pursuant to F.R.C.P. 22 as the dispute concerns conflicting claims to funds held in trust within Maricopa County.

6. Venue is property in Arizona as the events giving rise to the interpleader action occurred within its jurisdiction.

## GENERAL ALLEGATIONS

7. Plaintiff realleges and incorporates by reference paragraphs 1-6 as if set forth fully herein.

8. On or about November 2023, Fields disengaged from representation by Plaintiff in a personal injury case.

9. Plaintiff currently holds approximately $340,658.46 in its client trust account entitled Arizona Bar Foundation Trust, Pedro A. Simpson, attorney for the Law Offices of Pedro A. Simpson, from its previous representation of Fields.

10. Defendant United States of America asserts a criminal restitution lien on the aforementioned funds as well as possible reimbursement for medicare payments.

2

11. Fields demands immediate access to the funds held in trust by Plaintiff.

12. Due to competing claims to the funds in the account, Plaintiff is exposed to multiple conflicting liabilities.

13. Plaintiff is ready, willing and able to pay into the Court the funds in the client trust account, less such amounts necessary to reimburse Plaintiff for reasonable attorney's fees and expenses incurred plus any outstanding account fees and/or charges.

14. Plaintiff files this Complaint in Interpleader pursuant to Federal. R. Civ. P. 22(a)(b).

15. Plaintiff files this Complaint in Interpleader in good faith for the sole purpose of allowing the Court to resolve the completing claims to the funds and Defendants' rights and obligations thereof.

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff prays for judgment as follows:

16. Enter an order of interpleader allowing Plaintiff to deposit the funds held in trust with the Court;

17. Restrain all Defendants from further attempts to access the funds until resolution is reached in this interpleader action;

18. Adjudge the rights and priorities of Defendants regarding the funds in question.

19. Enter judgment discharging Plaintiff from any liability arising from the contested funds.

20. Reimburse Plaintiff for attorney's fees and costs incurred in connection with this interpleader action; and

21. Grant such other relief as the Court deems just and proper.

**DATED THIS** _24_ day of February, 2024.

                BARRY BECKER, P.C.

                By: _____
                    Barry Becker,
                    Attorney for Plaintiff

word\pleadings\interpleader complaint