```
Barry Becker
BARRY BECKER, P.C.
2516 North Third Street
Phoenix, Arizona 85004
(602) 252-1822
Attorney No. 4169
Attorney for Plaintiff
barrybeckerlaw@gmail.com
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Law Offices of Pedro A. Simpson, P.L.L.C., <br><br>Plaintiff, <br><br>v. <br><br>Drula Faye Fields; United States of America; United Healthcare Inc.; Brian Briggs, M.D.; St. Joseph's Hospital and Medical Center; Medtrak Diagnostics, Inc.; Optimal Practice d/b/a/ Neuron Connect; and Innovative Injury Solutions, L.L.C., <br><br>Defendants. | No. CV 2:24-CV-00517 ROS <br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Pedro A. Simpson, hereby requests the Court to enter default against the following Defendants:

    1. Brian Briggs, M.D.

    2. St. Joseph's Hospital and Medical Center

    3. Medtrak Diagnostics Inc.

    4. Optimal Practice d/b/a/ Neuron Connect

    5. Innovative Injury Solutions, L.L.C.

The above-listed Defendants were each properly served with the Summons and Complaint in this action as follows:

    1. Brian Briggs, M.D. was served on November 27, 2024, as

evidenced by the proof of service filed with the Court on December 31, 2024.

2. St. Joseph's Hospital and Medical Center was served on November 21, 2024, as evidenced by the proof of service filed with the Court on December 31, 2024.

3. Medtrak Diagnostics Inc. was served on November 26, 2024, as evidenced by the proof of service filed with the Court on December 31, 2024.

4. Optimal Practice d/b/a/ Neuron Connect was served on November 26, 2024, as evidenced by the proof of service filed with the Court on December 31, 2024.

5. Innovative Injury Solutions, L.L.C. was served on November 20, 2024, as evidenced by the proof of service filed with the Court on December 31, 2024.

As of the date of this request, more than 21 days have passed since service, and the above-listed Defendants have failed to answer, plead, or otherwise defend against the Complaint.

Accordingly, Plaintiff requests the Court enter default against these Defendants pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

**DATED THIS** _14_ day of March, 2025.

BARRY BECKER, P.C.

By: _____
Barry Becker
Attorney for Plaintiff

2

```
STATE OF ARIZONA    )
                    ) ss.
County of Maricopa  )
```

BARRY BECKER, being first duly sworn, deposes and says: He is the attorney for Plaintiff in the above-entitled action; he has read the foregoing Request for Entry of Default and knows the contents thereof; he has been informed as to the truth of all allegations therein, and believes all allegations to be true.

                                   BARRY BECKER, P.C.

By: _____
     Barry Becker
     Attorney for Plaintiff

**SUBSCRIBED, SWORN TO, AND ACKNOWLEDGED** before me this 14 day of March, 2025, by Barry Becker.

_____
Notary Public

My Commission Expires:



TERRI HAILEY
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMMISSION # 632690
MY COMMISSION EXPIRES
SEPTEMBER 13, 2026

**CERTIFICATE OF SERVICE**

I certify that on March 14, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a notice of electronic filing to:

Cober C. Plucker, Esq.
MILLIGAN LAWLESS, P.C.
5050 N. 40th St., Ste. 200
Phoenix, Arizona 85018

Vincent M. Creta
Assistant U.S. Attorney
40 N. Central, Ste. 1800
Phoenix, Arizona 85004-4408

Drula Fay Fields
27210 W. Wahalla Lane
Buckeye, Arizona 85396

Brian Briggs, M.D.
27210 W. Wahalla Lane
Buckeye, Arizona 85396

Optimal Practice d/b/a Neuron Connect
2313 N. 57th Place
Scottsdale, AZ 85257

Innovative Injury Solutions, LLC
18511 N. Scottsdale Rd 202
Scottsdale AZ 85255

St. Joseph's Hospital and Medical Center
c/o CT Corporation Systems, Statutory Agent
3800 N. Central Avenue #460
Phoenix, AZ 85012

Medtrak Diagnostics Inc.
1372 River Spey Avenue
Henderson, NV 98012

By: /s/ Terri Hailey